José A. Díaz, demandante y apelado, *v.* Suc. de Emiliano Cintrón Berríos, demandada y apelante.

No. 3906.—*Visto:* Junio 18, 1926. *Resuelto:* Junio 26, 1926.

Apelación y Error—Revisión—Cuestiones de Hecho, Veredictos y Conclusiones—Sentencia—Suficiencia de la Prueba para Sostenerla.—No es contraria a la prueba una sentencia que resuelve un conflicto en la prueba en cuanto al hecho fundamental del pleito a favor del demandante y existen circunstancias que justifican la actuación de la corte al así resolver el conflicto envuelto.

Sentencia de *Pablo Berga,* J. (Humacao), declarando con lugar la demanda sin costas. *Confirmada.*

*González Fagundo & González, Jr.*, abogados del apelante; *Arturo Aponte, Jr.*, abogado del apelado.

El Juez Asociado Señor Aldrey, emitió la opinión del tribunal.

La sucesión apelante fué condenada a pagar cierta cantidad de dinero al apelado por los servicios profesionales que prestó como médico al causante de dicha sucesión; y se alega como motivo de este recurso que la sentencia apelada no está sostenida por la evidencia.

[1] La prueba en cuanto al hecho fundamental en este pleito fué contradictoria y consistió en la declaración del demandante y en un testigo de la sucesión demandada. El demandante declaró que es médico y que estando en esta ciudad de San Juan, donde vive, se encontró en el laboratorio de medicina tropical con don Adolfo Ortiz, yerno de don Emiliano Cintrón Berríos, y le dijo don Adolfo que quería fuese a Yabucoa para ver a su suegro que estaba enfermo, como así lo hizo teniendo allí una consulta con los médicos que lo asistían; y negó que hubiera hecho ese viaje para otro asunto. Adolfo Ortiz declaró que se encontró en San Juan en el laboratorio de medicina tropical con el demandante quien le preguntó en qué andaba y al contestarle que en unos análisis de la sangre de su suegro, que estaba enfermo, le dijo el demandante que le gustaría verlo porque era amigo suyo y que si su automóvil estuviera bueno iría, a lo que el testigo le contestó que podía ir en el automóvil que él tenía y así arreglarían un asunto de una finca que le había comprado, y fueron a Yabucoa donde el demandante estuvo en la casa del enfermo, lo visitó y habló con los médicos que lo asistían.

La sentencia apelada resuelve ese conflicto de la evidencia en contra de la sucesión demandada pues siendo favorable al demandante entendió la corte ser cierto que don Alfonso Ortiz pidió al médico demandante que fuese a visitar al enfermo; y dado el parentesco tan próximo entre Ortiz y el enfermo pudo la corte estimar que aquél obraba

como agente o como representante de su suegro, y por esto pudo la corte estimar que el demandante fué requerido por don Emiliano Berríos Cintrón y declarar como declaró probada la alegación de la demanda hecha en ese sentido.

El otro motivo de error se funda en no haber sido admitida como evidencia en el juicio copia de una carta que el administrador judicial de la sucesión demandada envió al demandante expresándole los motivos por los cuales no satisfacía la cuenta que pasó a la sucesión por asistencia médica a don Emiliano Berríos Cintrón, pero es innecesario que decidamos esa cuestión porque dicha carta no contiene materia que no fuera declarada por don Alfonso Ortiz.

*La sentencia apelada debe ser confirmada.*

El Juez Presidente Sr. del Toro no tomó parte en la resolución de este caso.